■ COMMERCIAL CREDIT SERVICES CORPORATION, Appellant, v JAMES H. COSGRIFF, JR., Respondent. (And a Third-Party Action.) (Appeal No. 2.)—Appeal unanimously dismissed as academic without costs. Same memorandum as in *Commercial Credit Servs. Corp. v Cosgriff* ([appeal No. 1], 136 AD2d 922 [decided herewith]). (Appeal from order of Supreme Court, Erie County, McGowan, J.—vacate temporary restraining order.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.